# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 9, 2015

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein,
Justices

150469

PEOPLE OF THE STATE OF MICHIGAN,
     Plaintiff-Appellee,

v

                              SC: 150469
                              COA: 322803

SAMUEL MICHAEL ROSIER,             Wayne CC: 10-006932-FC
     Defendant-Appellant.

_____/

      On order of the Court, the application for leave to appeal the October 1, 2014 order of the Court of Appeals is considered, and it is DENIED, because the defendant has failed to meet the burden of establishing entitlement to relief under MCR 6.508(D).



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 9, 2015



s0831                                      Clerk